138 So. 557

**Joe R. McDAVID et al. v. UNION INDEMNITY CO.**

6 Div. 63.

Supreme Court of Alabama.
Dec. 17, 1931.

■

Basil A. Wood, of Birmingham, for petitioners.

London, Yancey & Brower, of Birmingham, opposed.

THOMAS, J.

Petition of Joe R. McDavid and W. C. Shackelford, as trustee for A. G. Shackelford, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in McDavid et al. v. Union Ind. Co., 24 Ala. App. 536, 138 So. 556.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.